# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 504 |
| | : | |
| ORDER AMENDING RULES 113.1, 206, | : | CRIMINAL PROCEDURAL RULES |
| 403, 504, 560, AND 575 AND REVISING | : | |
| THE *COMMENTS* TO RULES 420, 513, | : | DOCKET |
| AND 578 OF THE PENNSYLVANIA | : | |
| RULES OF CRIMINAL PROCEDURE | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 1st day of June, 2018, upon the recommendation of the Criminal Procedural Rules Committee; the proposal having been submitted without publication pursuant to Pa.R.J.A. No. 103(a)(3):

     It is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that the amendments to Pennsylvania Rules of Criminal Procedure 113.1, 206, 403, 504, 560, and 575 are adopted, and the revisions to the *Comments* to Pennsylvania Rules of Criminal Procedure 420, 513, and 578 are approved, in the attached form.

     This Order shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective July 1, 2018.

Additions to the rules are shown in bold and are underlined.
Deletions from the rules are shown in bold and brackets.